UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ABDULA L. JACKSON,                  )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Civil Action No. 05-0504 (PLF)
                                    )
BETH ANN TELFORD, et al.,           )
                                    )
        Defendants.                 )
_____ )

ORDER

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that defendant Telford's motion to dismiss [16] is GRANTED; it is

FURTHER ORDERED that defendant United States' motion to dismiss [18] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute FINAL JUDGMENT in this case.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 5, 2006